JOEL LEVINE, State Bar No. 52565
JOEL LEVINE, A PROFESSIONAL CORPORATION
695 Town Center Drive, Suite 875
Costa Mesa, California 92626
Telephone: 714 662 4462
FAX: 714 979 9047
Email: jlesquire@cox.net

PAUL S. MEYER, State Bar No. 511146
PAUL S. MEYER, A PROFESSIONAL CORPORATION
695 Town Center Drive, Suite 875
Costa Mesa, California 92626
Telephone: 714 754 6500
FAX: 714 979 9047
Email: pmeyer@meyerlawoc.com

Attorneys for Defendant RONALD RODIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. RONALD RODIS, Defendant. | CASE NO. SA-CR-13-208-DOC<br><br>DEFENDANT RODIS' SUPPLEMENTAL SENTENCING MEMORANDUM AND EXHIBITS |

In the submission of victim impact statements by the prosecution, it has been suggested that the clients of Rodis Law Group paid fees and no work on their behalf was then performed.

We submit herewith Supplemental Exhibits 1 through 13 computerized time records pertaining to those who submitted these impact statements. These exhibits clearly demonstrate that Mr. Rodis and his staff, which operated the performance department of Rodis law Group, expended considerable time and effort attempting to service these clients. These documents give further support to those statements filed at Exhibit A to our original Sentencing Memorandum, statements by employees

1

in that department, attesting to the efforts by Mr. Rodis and those working under his supervision.

These submissions do not detract from Mr. Rodis' candid admissions, his plea of guilty, and remorse for the radio advertisements which contributed to this firm's conduct. They do, however, place in appropriate context allegations advanced in these victim impact statements.

Dated: May 1, 2017

s/
JOEL LEVINE, Esq.
Attorneys for Defendant
Ronald Rodis

Dated: May 1, 2017

s/
PAUL S. MEYER, Esq.
Attorneys for Defendant
Ronald Rodis